IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Angela M. Whetstone,<br><br>     Debtor<br>_____<br><br>Angela M. Whetstone,<br><br>     Plaintiff,<br><br>v.<br><br>Blue World Pools, Inc.,<br><br>     Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 10-08068-dd<br>(Adv. Proc. No. 11-20012-dd)<br><br><br><br><br><br>C/A No. 5:11-1560-JFA<br><br><br>ORDER |

The court has been informed that after nearly fourteen months, the plaintiff in the above reference action has not taken steps to initiate arbitration proceedings. This case remains active on this court's docket at the present time.

The plaintiff is hereby requested to indicate to the court, in writing, whether she intends to pursue arbitration or not. If no response is received by this court from the plaintiff within fourteen days from the date of this order, the court will dismiss this action with prejudice.

  IT IS SO ORDERED.

August 31, 2012            Joseph F. Anderson, Jr.
Columbia, South Carolina        United States District Judge